November 8, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADVENTURE HARBOR ESTATES, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO. 12-1848 |
| MICHAEL A. LEBLANC, ET AL. | SECTION "A"(5) |

### ORDER

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date of the motion.  No memoranda in opposition to Plaintiffs' **Motion to Disqualify Defendants' Attorney, Randall Alfred (Rec. Doc. 13)**, submitted for consideration on November 7, 2012, has been submitted.  Accordingly, this motion is deemed to be unopposed, and further, it appearing to the Court that the motion has merit,[1]

Accordingly;

**IT IS ORDERED** that Plaintiffs' **Motion to Disqualify Defendants' Attorney, Randall Alfred (Rec. Doc. 13)** is **GRANTED**.

---

[1] The exhibits attached to Plaintiffs' motion clearly support Plaintiffs' contention that defense counsel has a conflict and must be disqualified.

**IT IS FURTHER ORDERED** that Mr. Alfred, upon receipt of this Order, shall forward a copy of this Order to Defendants via certified mail return receipt requested, so that Defendants can make arrangements to enroll new counsel.  Mr. Alfred is to file a copy of the return receipt into the record as proof that Defendants have received a copy of this Order, and he shall inform the Clerk as to Defendants' current mailing address <u>in writing</u>;

**IT IS FURTHER ORDERED** that within **<u>ten (10)</u>** days Plaintiffs shall move to amend their complaint to properly establish that diversity jurisdiction exists between plaintiff Adventure Harbor Estates, LLC and Defendants.

* * * * * * * *

*[signature: Jay C. Zainey]*